

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00520-CV

**CITY OF LAREDO**,
Appellant

v.

Ulysses D. **ORTEGON**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2023-CVA-000133-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: February 12, 2025

ORDER SET ASIDE AND REMANDED

Appellant City of Laredo appeals from the trial court's interlocutory order denying its plea to the jurisdiction. The City has now filed a Notice to Court of Settlement and Request for Remand of Case to Trial Court. According to the City, the parties have reached a settlement, and it no longer wishes to pursue this interlocutory appeal. The City requests that we "close this appeal" and remand this cause to the trial court "for the [p]arties to finalize the settlement at the trial court level." In the certificate of conference, the City certifies that appellee Ulysses D. Ortegon is unopposed to the relief requested. Ortegon did not file a response.

The City's motion is granted.  We set aside the trial court's order denying the City's plea to the jurisdiction without regard to the merits and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement.  *See* TEX. R. APP. P. 42.1(2)(B).


PER CURIAM